**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CARLOS AQUINO-LEON

Petitioner,

v.

Attorney General TODD BLANCHE

Respondents.

3:26cv1853

ELECTRONICALLY FILED

## CASE MANAGEMENT ORDER (COUNSELED)

The Court orders as follows:

1. **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this case. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. No other documents, pleadings, or motions may be emailed to this email address.

2. **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondents' counsel.

4. **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition within **14 days** of the date of service. Responses are limited to 25 pages, double-spaced.

**5. Petitioner's reply in support of the petition.** Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition. The Reply is limited to **5 pages**, double-spaced.

**6. Counsel for Petitioner is responsible for updating the Court as to all developments that occur in Petitioner's removal proceedings while Petitioner's habeas petition is pending.**

DATED this 18th day of September, 2026.

BY THE COURT:

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: ECF Counsel of Record